JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHEIL SADEGHI GHALEHSHAHI, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY., a Delaware Stock Corporation; VISTA FORD INC., a California Stock Corporation; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23−cv−07043 MWF (SKx)<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Complaint Filed: July 20, 2023<br>Removal Filed: August 25, 2023 |

Upon review of the signed stipulation submitted to this Court by Plaintiff SOHEIL SADEGHI GHALEHSHAHI, and Defendants FORD MOTOR COMPANY and VISTA FORD INC.,

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  December 2, 2024

　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge